IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DOUGLAS DREIST, | ) |
|                       *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:16-cv-368 |
| WASHINGTON GAS LIGHT CO., *et al.*, | ) |
|                       *Defendants*. | ) |

## ORDER

This matter comes before the Court on Defendants', Washington Gas Light Co., et al., Emergency Motion to Strike Plaintiff's Second Brief, Dkt. No. 30, and Plaintiff's Motion for Leave to File *Sur-reply*, Dkt. No. 35.

In light of the unique circumstances under which this Court granted Plaintiff's Motion for Leave to File One Day Out of Time, Dkt. No. 31, the Court ORDERS that Defendants' Motion, Dkt. No. 30, is DENIED.

Concerning leave to file *sur-reply*, the Court notes that this vehicle is inappropriate for Plaintiff to correct alleged misrepresentations or mischaracterizations in Defendant's reply brief. The Court finds without merit Plaintiff's additional assertion that Defendant has injected into the record new facts which warrant the submission of a *sur-reply*. Therefore, the Court ORDERS that Plaintiff's Motion, Dkt. No. 35, is DENIED.

August 31, 2016
Alexandria, VA

                                                              /s/
                                                             Liam O'Grady
                                                            United States District Judge

1