IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DOUGLAS DREIST, )<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>WASHINGTON GAS LIGHT CO., *et al.*, )<br>)<br>    *Defendants.* )<br>) | Civil Action No. 1:16-cv-368 |

### ORDER

This matter comes before the Court on Defendants, Washington Gas Light Co., and WGL Holdings, Inc., Motions to Dismiss, or in the alternative for Summary Judgment. Dkt. Nos. 2, 3. For the reasons discussed at the hearing dated September 9, 2016, Dkt. No. 39, and for good cause shown, the Court ORDERS that the Motion is DENIED.

A scheduling order shall follow forthwith. With respect to subsequent motion practice, the parties are instructed to carefully adhere to the Court's local rules on filing deadlines and the page limits of said motions.

September 9, 2016
Alexandria, VA

/s/ [signature]
Liam O'Grady
United States District Judge

1